# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2024

## NO. 03-22-00659-CV

**Dale Steenrod, Appellant**

**v.**

**Cathlene Pidgeon, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the amended final decree of divorce signed by the trial court on July 22, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's amended final decree of divorce. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.